1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ADRIAN DEVILLE POLEE,                    No.  2:22-cv-1538 KJN P

12              Plaintiff,

13        v.                                  ORDER

14   C. STAGGS-BOATRIGHT,

15              Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42

18   U.S.C. § 1983, along with a request to proceed in forma pauperis.  However, plaintiff did not sign

19   his complaint.  Parties proceeding without counsel are required to sign all pleadings, motions, and

20   other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the court is unable to

21   consider plaintiff's complaint unless he signs and re-files the complaint.

22        Accordingly, plaintiff is provided an opportunity to re-file his complaint bearing his

23   signature.  Failure to comply with this order will result in a recommendation that this action be

24   dismissed.

25        In accordance with the above, IT IS HEREBY ORDERED that:

26        1.  Within thirty days from the date of this order, plaintiff shall re-file a signed complaint.

27   Plaintiff's failure to comply with this order will result in a recommendation that this action be

28

1    dismissed.

2              2.  The Clerk of the Court is directed to send plaintiff a copy of plaintiff's complaint.

3    (ECF No. 1.)

4    Dated:  September 8, 2022

5

6                                              KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE
7

8
     /pole1538.r11
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2